UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAKOTA WHITE,<br><br>    Plaintiff,<br><br>  -against-<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br><br>    Defendant. | Case No. 1:09-cv-00401-WMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  LAKOTA WHITE (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NORTHSTAR LOCATION SERVICES, LLC (Defendant), in this case.

  Both sides to bear their own costs and expenses.

        RESPECTFULLY SUBMITTED,

        By: /s/ Adam T. Hill
        Adam T. Hill
        Krohn & Moss, Ltd.
        120 W. Madison St., 10th Fl.
        Chicago, IL 60602
        Tel.: 312-578-9428
        Fax: 866-802-0021
        ahill@consumerlawcenter.com
        Attorney for Plaintiff